# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY D. JEFFREYS,<br><br>Defendant. | Nos. CR-13-0091-RHW-1<br>CR-13-0147-RHW-1<br><br>**ORDER DISMISSING INDICTMENT AND CONTEMPT PROCEEDINGS AS TO DEFENDANT GREGORY D. JEFFREYS** |

Before the Court are the Government's Motions for Orders of Dismissal in Case No. CR-13-0091-RHW-1, ECF No. 36; and Case No. CR-13-0147-RHW-1, ECF No. 48. These matters were heard without oral argument. Mark Vovos represents Defendant Gregory D. Jeffreys, while Sean McLaughlin represents the Government.

Pursuant to Fed. R. Crim. P. 48(a), the Government seeks voluntary dismissals, with prejudice, as to: (1) the judicially initiated contempt proceedings in Case No. CR-13-0091-RHW-1; and (2) the Indictment in Case No. CR-13-0147-RHW-1. The Court also notes that Defendant Gregory D. Jeffreys pled guilty and has been sentenced in Case No. CR-13-0012-RMP-1, to conspiracy to commit felony criminal contempt, in violation of 18 U.S.C. §§ 371 and 401(3), *inter alia*. As provided by the plea agreement in that case, which involved the same factual basis and allegations in the above-captioned matters, dismissal of all charges in

**ORDER DISMISSING INDICTMENT AND CONTEMPT PROCEEDINGS AS TO DEFENDANT GREGORY D. JEFFREYS** * 1

Case Nos. CR-13-0091-RHW-1 and CR-13-0147-RHW-1, is now appropriate, and there is no objection by Defendant Jeffreys.

The Court makes no judgment as to the merit or wisdom of the dismissals.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motions for Orders of Dismissal in Case No. CR-13-0091-RHW-1, ECF No. 36; and Case No. CR-13-0147-RHW-1, ECF No. 48, are **GRANTED**.

2. The Indictment and the Judicial Contempt proceedings in the above-captioned matters are **DISMISSED with prejudice**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and close the file.

**DATED** this 18th day of June, 2014.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER DISMISSING INDICTMENT AND CONTEMPT PROCEEDINGS AS TO DEFENDANT GREGORY D. JEFFREYS** * 2

q:\rhw\acriminal\2013\13-0091\jeffreys\orders of dismissal.docx